UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTONIO EARL BOYD**                                                     **PLAINTIFF**
**#8837**

**v.**                       **Case No. 4:22-CV-1051-LPR**

**AUSTIN, Sergeant, Pulaski County**
**Regional Detention Facility, et al.**                               **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition submitted by Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Boyd is allowed to proceed with his excessive force claim against Defendant Austin in his individual capacity.[1] The Clerk is directed to issue a summons for Austin, and the United States Marshal is directed to serve the summons, Complaint (Doc. 2), and this Order on him at the Pulaski County Detention Facility, without prepayment of fees and costs. Boyd's due process and free exercise of religion claims are dismissed, without prejudice. Boyd's claims against Defendant Lattimore are dismissed, without prejudice, and the Clerk is directed to terminate Lattimore as a party to this action.

IT IS SO ORDERED this 11th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Boyd does not allege any policy, practice, or custom that might support an official capacity claim.