IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTONIO EARL BOYD**                                                                 **PLAINTIFF**
**#8837**

v.                                            Case No. 4:22-cv-01051-LPR

**AUSTIN, Sergeant, Pulaski**
**County Regional Detention Facility**                                                **DEFENDANT**

## ORDER

On October 31, 2022, Antonio Earl Boyd ("Plaintiff"), an inmate in the Pulaski County Detention Facility ("PCDF"), filed a pro se Complaint pursuant to 42 U.S.C. § 1983.[1] On April 7, 2023, mail sent to Plaintiff at his address of record, PCDF, was returned undeliverable.[2] On April 11, 2023, the Court entered an Order directing Plaintiff to file a notice of his current mailing address, within thirty (30) days, if he wished to proceed with this lawsuit.[3] The Court warned Plaintiff that failure to comply with the Order may result in dismissal of his Complaint.[4] Plaintiff has not complied with the April 11, 2023 Order, and the time for doing so has passed.[5]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.[6] The Court certifies

---

[1] Compl. (Doc. 2).

[2] Returned Mail (Doc. 6).

[3] Order (Doc. 7).

[4] *Id.* at 2.

[5] Recent mail sent by the Court to Plaintiff was also returned undelivered. *See* Returned Mail (Docs. 9, 10, 15, 18). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

[6] *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–33 (1962) (noting that district courts have power to dismiss *sua sponte* under Rule 41(b)).

pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

    IT IS SO ORDERED this 20th day of June 2023.

                                              _____
                                              LEE P. RUDOFSKY
                                              UNITED STATES DISTRICT JUDGE